# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Brian Smith, | Case No.: 2:18-cv-02208-JAD-NJK |
| Petitioner, | **Order Dismissing Petition** |
| v. | |
| Clark County Detention Center, *et al.*, | |
| Defendants. | |

Petitioner has submitted a petition for writ of habeas corpus to the court.[1] However, this petition has not been properly commenced because petitioner has neither paid the filing fee ($5.00) nor filed an application to proceed *in forma pauperis*. So, I dismiss this case without prejudice to the filing of a new petition in a new action accompanied by either the filing fee ($5.00) or a completed application to proceed *in forma pauperis*.

I also note that petitioner did not use the court's approved form in drafting his habeas petition.[2] Petitioner also did not name his custodian as a respondent, as federal law requires.[3] Petitioner is advised to correct these defects if and when he files his new petition.

IT THEREFORE IS ORDERED that **this action is DISMISSED without prejudice** to the filing of a new petition in a new action on the court's approved form with either payment of the filing fee or a properly completed application to proceed *in forma pauperis*.

---

[1] ECF No. 1.

[2] *See* LSR 3-1, Local Rules of Practice.

[3] *See Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) ("The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person' who has custody over [the petitioner].").

IT FURTHER IS ORDERED that **a certificate of appealability is DENIED** because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that **the Clerk of Court is directed to SEND** petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action, **ENTER JUDGMENT** accordingly, and **CLOSE THIS CASE**.

Dated: November 27, 2018

_____
U.S. District Judge Jennifer A. Dorsey